IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAROL ROYE,

      Plaintiff,                    CIV S-04-2192 DFL KJM PS

     v.

FAIR ISAAC AND COMPANY, et al.,

      Defendants.              <u>ORDER</u>

_____/

        A status conference was held before the undersigned on June 1, 2005.  Plaintiff appeared in propria persona.  No appearances were made for defendants.  Upon review of the file, hearing discussion of plaintiff, and good cause appearing therefor, IT IS HEREBY ORDERED that:

        1.  Within ten days from the date of this order, plaintiff shall submit proofs of service indicating service of summons on defendants and shall file a status report regarding service efforts on defendants who have not yet been properly served.

        2.  If plaintiff contemplates filing an amended complaint, she may do so to the extent provided for by the Federal Rules of Civil Procedure and the Local Rules of this district.

/////

/////

1          3.  A further status conference will be set as necessary.

2  DATED:  June 1, 2005.

                                                                                        UNITED STATES MAGISTRATE JUDGE

006
roye.oas