IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAROL ROYE,

      Plaintiff,                               CIV S-04-2192 DFL KJM PS

      v.

FAIR ISAAC AND COMPANY, et al.,

      Defendants.                      <u>ORDER</u>

_____/

      This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). Presently calendared for hearing on August 3, 2005 is defendant LandSafe's motion to dismiss. No substantive opposition has been filed but plaintiff has requested that the hearing be continued because she will be out of the country until September 3, 2005. Plaintiff is advised that the proper procedure when requesting an extension of time is to first seek a stipulation from the opposing side. <u>See</u> Local Rule 6-142.

      Plaintiff is further advised that Local Rule 78-230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 78-230(j) provides that failure to appear may be deemed withdrawal of

1

1  opposition to the motion or may result in sanctions.  Finally, Local Rule 11-110 provides that
2  failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions
3  authorized by statute or Rule or within the inherent power of the Court."
4      Good cause appearing, IT IS HEREBY ORDERED that:
5      1.  The hearing date of August 3, 2005 is vacated.  Hearing on defendant's motion
6  to dismiss is continued to September 28, 2005 at 10:00 a.m. in courtroom no. 26.
7      2.  Plaintiff shall file opposition, if any, to the motion to dismiss, no later than
8  September 14, 2005.  Failure to file opposition and appear at the hearing will be deemed as a
9  statement of non-opposition and shall result in a recommendation that this action be dismissed
10  against defendant LandSafe pursuant to Federal Rule of Civil Procedure 41(b).
11  DATED: July 27, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006
roye.nop