1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CAROL ROYE,

11            Plaintiff,                    CIV S-04-2192 DFL KJM PS

12        v.

13   FAIR ISAAC AND COMPANY, et al.,

14            Defendants.              <u>ORDER</u>

15   _____/

16            A status conference was held before the undersigned on November 30, 2005.

17   Plaintiff appeared in propria persona.  Kiana Moradi appeared telephonically for defendant

18   Providian.  Upon consideration of the status report on file in this action, discussion of plaintiff

19   and counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

20            1.  Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) shall be

21   made within sixty days from the date of this order.

22            2.  Discovery, including the hearing of discovery motions, shall be completed by

23   May 3, 2006.  Discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.

24            3.  Dispositive motions, other than discovery motions, shall be noticed to be

25   heard by July 5, 2006.

26   /////

1

1    4.  The pretrial conference is set for September 8, 2006 at 2:00 p.m. before the

2  Honorable David F. Levi.   Pretrial statements shall be filed in accordance with Local Rule

3  16-281.

4    5.  Trial of this matter is set for November 13, 2006 at 9:00 a.m. before the

5  Honorable David F. Levi.  The parties shall file trial briefs in accordance with  Local Rule

6  16-285.

7  DATED:    November 30, 2005.

8

9  _____
   UNITED STATES MAGISTRATE JUDGE

10

11

12

13  006
    roye2.oas

14

15

16

17

18

19

20

21

22

23

24

25

26