IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CAROL ROYE,

        Plaintiff,                  CIV S-04-2192 DFL KJM PS

       v.

FAIR ISAAC AND COMPANY, et al.,

        Defendants.             ORDER

_____/

        Defendant Providian's motion for judgment on the pleadings came on regularly for hearing on June 21, 2006. Plaintiff appeared in propria persona. Kevin Hara appeared telephonically for defendant. Plaintiff orally moved to dismiss the case without prejudice. Upon hearing the discussion of plaintiff and counsel, and good cause appearing therefor, IT IS HEREBY ORDERED that:

        1. Any response to plaintiff's motion to dismiss without prejudice shall be filed no later than July 5, 2006.

        2. Any reply by plaintiff shall be filed no later than July 19, 2006.

        3. The matter shall thereafter stand submitted.

DATED: June 26, 2006.

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

006 roye.fb

1